UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON JONES, et al., <br><br>        Plaintiffs, <br><br> -against- <br><br> THE SOUTH BEND CHOCOLATE COMPANY, INC., <br><br>        Defendant. | Case No. 1:22-cv-07772 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

Dated: September 14, 2022
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge