UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself
and all others similarly situated,

                Plaintiffs,

-against-

SOUTH BEND CHOCOLATE COMPANY,
INC.

                Defendant.

Case No. 1:22-cv-7772

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
            February 3, 2023

                                            Respectfully Submitted,

                                            **/s/ Mars Khaimov**
                                By:    Mars Khaimov, Esq.
                                            108-26 64th avenue, Second Floor
                                            Forest Hills, New York 11375
                                            Tel (929) 324-0717
                                            Fax (929) 333-7774
                                            Email: mars@khaimovlaw.com
                                            *Attorney for Plaintiff*